CLERK OF COURTS
MAHONING COUNTY, OHIO
APR 20 2018
FILED
ANTHONY VIVO, CLERK

05/01/2018

IN THE COURT OF COMMON PLEAS
MAHONING COUNTY, OHIO

| | | |
|---|---|---|
| ELWOOD JONES<br>716 Olive Ave.<br>Warren, Ohio 4448e<br><br>Plaintiff<br><br>vs.<br><br>STATE FARM MUTUAL INSURANCE COMPANY<br>PO Box 106171<br>Atlanta, GA 30348-6171<br><br>and<br><br>DOES I & II<br><br>Defendants | ) | CASE NO. 18CV 1040<br><br>JUDGE DURKIN<br><br>COMPLAINT<br><br>OTHER TORT; DECLARATORY JUDGMENT COVENANT OF GOOD FAITH; BAD FAITH; UNFAIR TRADE PRACTICES<br><br>JURY DEMAND ENDORSED HEREON |

COMES NOW the Plaintiff and for his claims against the Defendants states as follows:

FIRST CLAIM
(Negligence)

1. On April 26, 2016, on Plaintiff was driving his blue 2000 Honda east on Center Street (near its intersection with Wilson Avenue) Youngstown, Ohio, Mahoning County, when a gold F-150 Ford pickup truck driven by an unknown driver pulled in front of Plaintiff, striking the Plaintiff's Honda, then fled the scene of the accident. The Plaintiff called the Youngstown Police Department and an officer came to the scene, investigated the incident and prepared and filed a Traffic Crash Report, a copy of which is attached as Exhibit A.

2. The driver and owner of the F-150 Ford pickup truck are unknown and are referred to herein as Defendant Doe I and II.

3. As a direct and proximate result of the negligence and carelessness of Defendants Doe I and II, Plaintiff received personal injuries, suffered physical pain and mental distress and incurred medical bills for treatment and care.

EXHIBIT
tabbies
A

05/01/2018

4. Plaintiff's medical bills to date are as follows:

| | |
|---|---|
| Trumbull Memorial Hospital | 1,313.38 |
| Trumbull Emergency Group | 1,213.00 |
| Trumbull Radiologists, Inc | 38.00 |
| Sarah Dorris, CNP (OIPM) | 1,910.00 |
| Joseph Masternick, DO (OIPM) | 2,835.00 |
| Daniel Lawrence, DC (OIPM) | 980.00 |
| TOTAL . . . | $8,289.38 |

SECOND CLAIM
(Declaratory Judgment)

5. Plaintiff restates each and every prior paragraph of this Complaint, as if it were fully restated herein.

6. Plaintiff further states that at all times relevant to the events set forth in this Complaint, he was insured by Defendant State Farm Mutual Insurance Company ("State Farm").

7. A true and accurate copy of the policy and the declaration sheet is in the hands of Defendant State Farm, and unavailable to Plaintiff; but he has made a claim under the policy which was assigned Claim No. 35-8L63-419.

8. At all times relevant to the events set forth in this complaint, plaintiff was the "insured" under the policy as that term is defined by the policy.

9. The policy contains an uninsured/underinsured provision whereby Plaintiff is entitled to recover for bodily injury resulting from the acts of an uninsured and an unknown owner or operator of a motor vehicle.

10. That Defendants Doe I and Doe II are unknown and are presumed to be uninsured motorist under the terms of the policy.

11. Since Plaintiff has suffered injuries, as set forth above, as a direct result of the negligence of Defendant Doe I and Doe II, and since his injuries are "bodily injuries" as defined in the policy, he made an uninsured motorist claim to Defendant State Farm that assigned it Claim No. 35-8L63-419.

05/01/2018

12. Although Defendant State Farm fully investigated Plaintiff's claim -- even examined Plaintiff under oath on November 17, 2017 -- although Plaintiff has submitted sufficient documentation to Defendant State Farm to evaluate his claim, defendant thus has far failed to do so -- under one pretext or another.

13. Plaintiff requests arbitration of his uninsured/underinsured motorist claim with Defendant State Farm, pursuant to the terms of the policy.

14. Defendant State Farm may deny uninsured motorist and/or underinsured motorist coverage to Plaintiff for the injuries and damages he has sustained as a result of the events set forth in this Complaint; or it may severely discount his claim for benefits.

15. At all times relevant to the events set forth in this Complaint, Plaintiff paid the premiums and/or performed all conditions necessary to maintain the policy in good standing.

THIRD CLAIM
(Covenant of Good Faith)

16. Plaintiff restates each and every prior paragraph of this Complaint, as if it were fully restated herein.

17. There is implied in every contract a covenant of good faith and fair dealing.

18. Plaintiff and Defendant State Farm had entered into a valid and existing insurance agreement that included uninsured underinsured motorist coverage and this defendant owed plaintiff a duty of good faith and fair dealing under the contract.

19. As an insurer, Defendant State Farm owed Plaintiff a fiduciary duty to act in good faith in the handling of his claim, a duty on which Plaintiff reasonably relied on to his detriment.

20. Defendant State Farm breached its duty of good faith and fair dealing to Plaintiff by, among other things, refusing to compensate him for the injuries he

05/01/2018

sustained as a result of his automobile accident on April 24, 2016, with an unknown and thus presumed uninsured motorist.

21. As a result of Defendant State Farm's breach of its implied covenant of good faith, Plaintiff was damaged in excess of the uninsured limits of the policy; further, Plaintiff is entitled to punitive damages, attorney fees for the bringing of this action and his costs herein.

FOURTH CLAIM
(Bad Faith)

22. Plaintiff restates each and every prior paragraph of this Complaint, as if it were fully restated herein.

23. The acts and omissions of Defendant State Farm as stated herein, and as yet to be discovered in this action, constitute bad faith.

24. As a result of the bad faith of Defendant State Farm, Plaintiff sustained damages in excess of the uninsured policy limits the policy; Plaintiff is further entitled to punitive damages, attorney fees and its cost for the bringing of this action.

FIFTH CLAIM
(Unfair Trade Practices)

25. Plaintiff restates each and every prior paragraph of this Complaint, as if it were fully restated herein.

26. Defendant State Farm has engaged in unfair trade practices, including a failure to properly settle Plaintiff's claim, and as a result, Plaintiff sustained damages in excess to the uninsured motorist coverage of the policy; further, Plaintiff is entitled to punitive damages, attorney fees for the bringing of this action and his costs herein.

WHEREFORE, Plaintiff prays for judgment against the Defendants.

1. On his First Claim (Negligence) against unknown Defendants Doe I and Doe II, Plaintiff prays for judgment against them in excess of $25,000, together with prejudgment interest, his cost; and Plaintiff further prays for a judgment of $50,000 in punitive against these defendants for fleeing the scene of the accident.

05/01/2018

2. On his Second Claim (Declaratory Judgment) against Defendant State Farm, Plaintiff prays as follows:

a. A declaration that Plaintiff is an insured pursuant to the uninsured/underinsured provisions of the policy;

b. A declaration of each party's rights and obligations under the policy; uninsured/underinsured claims to binding arbitration;

c. Judgment in the amount in excess of $25,000, costs and interest.

e. All other appropriate relief according to Plaintiffs' rights under the insurance contract.

3. On his Third Claim (Covenant of Good Faith) against Defendant State Farm, Plaintiff prays for judgment in excess of $25,000, punitive damages in the amount of $50,000, his attorney fees and costs.

4. On his Fourth Claim (Bad Faith) against Defendant State Farm, Plaintiff prays for judgment in excess of $25,000, punitive damages in the amount of $50,000, his attorney fees and costs.

5. On his Fifth Claim (Unfair Trade Practices) against Defendant State Farm, Plaintiff prays for judgment in excess of $25,000, punitive damages in the amount of $50,000, his attorney fees and costs.

PLAINTIFF DEMANDS TRIAL BY JURY ON ALL JURY ISSUES OF THIS CASE.

Respectfully submitted,

Irene K. Makridis #0016760
Attorney for Plaintiff
155 S. Park Ave., Suite 160
Warren, Ohio 44481
Tel. 330-394-1587; Fax 330-394-3070
office@makridislaw.com

05/01/2018

OHIO DEPARTMENT OF PUBLIC SAFETY

# TRAFFIC CRASH REPORT

Local Information

Local Report Number *: 16-026486
Crash Severity: 3 (1 - Fatal, 2 - Injury, 3 - PDO)
Hit/Skip: 2 (1 - Solved, 2 - Unsolved)

☐ Photos Taken ☐ OH-2 ☐ OH-1P ☐ OH-3 ☐ Other
☐ PDO Under State Reportable Dollar Amount
☐ Private Property

Reporting Agency NCIC *: 05009
Reporting Agency Name *: Youngstown Police Department
Number of Units: 02
Unit in Error: 01 (98 - Animal, 99 - Unknown)

County *: 50
☑ City * ☐ Village * ☐ Township *
City, Village, Township *: Youngstown
Crash Date *: 04242016
Time of Crash: 1639
Day of Week: SUN

Degrees / Minutes / Seconds — Latitude: ° ' " Longitude: ° ' "
OR
Decimal Degrees — Latitude: 41.08894 Longitude: -80.66038

Roadway Division: ☐ Divided ☑ Undivided
Divided Lane Direction of Travel: (N - Northbound, E - Eastbound, S - Southbound, W - Westbound)
Number of Thru Lanes: 02

Road Types or Milepost [2]: AL - Alley, CR - Circle, HE - Heights, MP - Milepost, PL - Place, ST - Street, WA - Way, AV - Avenue, CT - Court, HW - Highway, PK - Parkway, RD - Road, TE - Terrace, BL - Boulevard, DR - Drive, LA - Lane, PI - Pike, SQ - Square, TL - Trail

Location Route Type [1]:
Location Route Number:
Loc Prefix (N,S,E,W):
Location Road Name: Center
Location Road Type [2]: ST

Route Types [1]: IR - Interstate Route (inc. turnpike), CR - Numbered County Route, US - US Route, TR - Numbered Township Route, SR - State Route

Distance From Reference: 70 ☐ Miles ☐ Feet ☑ Yards
Dir From Ref (N,S,E,W): N
OR
Reference Route Type [1]:
Reference Route Number:
Ref Prefix (N,S,E,W):
Reference Name (Road, Milepost, House #): Wilson
Reference Road Type [2]: AV

Reference Point Used: 1 (1 - Intersection, 2 - Mile Post, 3 - House Number)

Crash Location: 01
01 - Not an Intersection, 02 - Four-way Intersection, 03 - T-Intersection, 04 - Y-Intersection, 05 - Traffic Circle/Roundabout, 06 - Five-point, or more, 07 - On Ramp, 08 - Off Ramp, 09 - Crossover, 10 - Driveway/Alley Access, 11 - Railway Grade Crossing, 12 - Shared-Use Paths or Trails, 99 - Unknown

☐ Intersection Related

Location of First Harmful Event: 1
1 - On Roadway, 2 - On Shoulder, 3 - In Median, 4 - On Roadside, 5 - On Gore, 6 - Outside Trafficway, 9 - Unknown

Road Contour: 2
1 - Straight Level, 2 - Straight Grade, 3 - Curve Level, 4 - Curve Grade, 9 - Unknown

Road Conditions — Primary: 01 Secondary:
01 - Dry, 02 - Wet, 03 - Snow, 04 - Ice, 05 - Sand, Mud, Dirt, Oil, Gravel, 06 - Water (Standing, Moving), 07 - Slush, 08 - Debris*, 09 - Rut, Holes, Bumps, Uneven Pavement*, 10 - Other, 99 - Unknown
* Secondary Condition Only

Manner of Crash Collision/Impact: 6
1 - Not Collision Between Two Motor Vehicles In Transport, 2 - Rear-End, 3 - Head On, 4 - Rear to Rear, 5 - Backing, 6 - Angle, 7 - Sideswipe, Same Direction, 8 - Sideswipe, Opposite Direction, 9 - Unknown

Weather: 1
1 - Clear, 2 - Cloudy, 3 - Fog, Smog, Smoke, 4 - Rain, 5 - Sleet, Hail, 6 - Snow, 7 - Severe Crosswinds, 8 - Blowing Sand, Soil, Dirt, Snow, 9 - Other/Unknown

Road Surface: 2
1 - Concrete, 2 - Blacktop, Bituminous, Asphalt, 3 - Brick/Block, 4 - Slag, Gravel, Stone, 5 - Dirt, 6 - Other

Light Conditions — Primary: 1 Secondary:
1 - Daylight, 2 - Dawn, 3 - Dusk, 4 - Dark - Lighted Roadway, 5 - Dark - Roadway Not Lighted, 6 - Dark - Unknown Roadway Lighting, 7 - Glare*, 8 - Other, 9 - Unknown
* Secondary Condition Only

☐ School Zone Related

School Bus Related: ☐ Yes, School Bus Directly Involved ☐ Yes, School Bus Indirectly Involved

☐ Work Zone Related
☐ Workers Present ☐ Law Enforcement Present (Officer/Vehicle) ☐ Law Enforcement Present (Vehicle Only)

Type of Work Zone: 1 - Lane Closure, 2 - Lane Shift/Crossover, 3 - Work on Shoulder or Median, 4 - Intermittent or Moving Work, 5 - Other

Location of Crash in Work Zone: 1 - Before the First Work Zone Warning Sign, 2 - Advance Warning Area, 3 - Transition Area, 4 - Activity Area, 5 - Termination Area

## Narrative

Unit 1 advised he was traveling south on Center St when a gold F-150 pulled out of a parking lot past of him and struck him on the passenger side of his vehicle and fled north

## Diagram

Write an "N" on the compass diagram to indicate the direction of north.

Center St
Wilson Ave
1739
Center St

Report Taken By: ☑ Police Agency ☐ Motorist
☐ Supplement (Correction or Addition to an Existing Report Sent to ODPS)

| Date Crash Reported | Time Crash Reported | Dispatch Time | Arrival Time | Time Cleared | Other Investigation Time | Total Minutes |
|---|---|---|---|---|---|---|
| 04242016 | 1630 | 1630 | 1635 | 1745 | | 70 |

Officer's Name *: Ptl. Ball
Officer's Badge Number: 161
Checked By:
Page of

HSY7001 OH1 Rev 12/13 (760-0820)

Exhibit A

05/01/2018

# UNIT

**Local Report Number:** 16-026486

**Unit Number:** 01

**Owner Name: Last, First, Middle** (☑ Same As Driver)

**Owner Phone Number - Inc. Area Code** (☑ Same As Driver)

**Owner Address: City, State, Zip** (☑ Same As Driver)

**Damage Scale:** 3
1 - None
2 - Minor
3 - Functional
4 - Disabling
9 - Unknown

**Damaged Area:** Front; 02, 03, 04, 05, 06, 07, 08, 09, 10; Rear

**LP State:** OH

**License Plate Number:** GOW 4531

**Vehicle Identification Number:** 1HGEJ6675YL006771

**# Occupants:** 9

**Vehicle Year:** 2000

**Vehicle Make:** Honda

**Vehicle Model:**

**Vehicle Color:** Blue

**Proof of Insurance Shown:** ☑

**Insurance Company:** State Farm

**Policy Number:** 020-0458-B33-35E

**Towed By:**

**Carrier Name, Address, City, State, Zip:**

**Carrier Phone - Include Area Code:**

**US DOT:**

**HM Placard ID No.:**

**HM Class Number:**

**Vehicle Weight GVWR/GCWR:**
1 - Less Than or Equal to 10k Lbs.
2 - 10,001 to 26,000 Lbs
3 - More Than 26,000 Lbs

☐ Hazardous Material Released

**Cargo Body Type:** 01
01 - No Cargo Body Type/Not Applicable
02 - Bus/Van (9-15 Seats, Inc Driver)
03 - Bus (16+ Seats, Inc Driver)
04 - Vehicle Towing Another Vehicle
05 - Logging
06 - Intermodal Container Chassis
07 - Cargo Van/Enclosed Box
08 - Grain, Chips, Gravel
09 - Pole
10 - Cargo Tank
11 - Flat Bed
12 - Dump
13 - Concrete Mixer
14 - Auto Transporter
15 - Garbage/Refuse
99 - Other/Unknown

**Trafficway Description:** 1
1 - Two-Way, Not Divided
2 - Two-Way, Not Divided, Continuous Left Turn Lane
3 - Two-Way, Divided, Unprotected (Painted or Grass >4 Ft.) Median
4 - Two-Way, Divided, Positive Median Barrier
5 - One-Way Trafficway

☐ Hit / Skip Unit

**Non-Motorist Location Prior to Impact:** 05
01 - Intersection - Marked Crosswalk
02 - Intersection - No Crosswalk
03 - Intersection - Other
04 - Midblock - Marked Crosswalk
05 - Travel Lane - Other Location
06 - Bicycle Lane
07 - Shoulder/Roadside
08 - Sidewalk
09 - Median/Crossing Island
10 - Driveway Access
11 - Shared-Use Path or Trail
12 - Non-Trafficway Area
99 - Other/Unknown

**Type of Use:** 1
1 - Personal
2 - Commercial
3 - Government

☐ In Emergency Response

**Unit Type:** 02
99 - Unknown or Hit / Skip

Passenger Vehicles (less than 9 passengers)
01 - Sub-Compact
02 - Compact
03 - Mid Size
04 - Full Size
05 - Minivan
06 - Sport Utility Vehicle
07 - Pickup
08 - Van
09 - Motorcycle
10 - Motorized Bicycle
11 - Snowmobile/ATV
12 - Other Passenger Vehicle

Med/Heavy Trucks or Combo Units > 10k lbs
13 - Single Unit Truck or Van 2axle, 6 tires
14 - Single Unit Truck; 3+ axles
15 - Single Unit Truck / Trailer
16 - Truck/Tractor (Bobtail)
17 - Tractor/Semi-Trailer
18 - Tractor/Double
19 - Tractor/Triples
20 - Other Med/Heavy Vehicle

Bus/Van/Limo (9 or More Including Driver)
21 - Bus/Van (9-15 Seats, Inc Driver)
22 - Bus (16+ Seats, Inc Driver)

Non-Motorist
23 - Animal with Rider
24 - Animal with Buggy, Wagon, Surrey
25 - Bicycle/Pedacyclist
26 - Pedestrian/Skater
27 - Other Non-Motorist

☐ Has HM Placard

**Special Function:** 01
01 - None
02 - Taxi
03 - Rental Truck (Over 10k lbs)
04 - Bus - School (Public or Private)
05 - Bus - Transit
06 - Bus - Charter
07 - Bus - Shuttle
08 - Bus - Other
09 - Ambulance
10 - Fire
11 - Highway/Maintenance
12 - Military
13 - Police
14 - Public Utility
15 - Other Government
16 - Construction Equip.
17 - Farm Vehicle
18 - Farm Equipment
19 - Motorhome
20 - Golf Cart
21 - Train
22 - Other (Explain in Narrative)

**Most Damaged Area:** 05

**Impact Area:** 05
01 - None
02 - Center Front
03 - Right Front
04 - Right Side
05 - Right Rear
06 - Rear Center
07 - Left Rear
08 - Left Side
09 - Left Front
10 - Top and Windows
11 - Undercarriage
12 - Load/Trailer
13 - Total (All Areas)
14 - Other
99 - Unknown

**Action:** 4
1 - Non-Contact
2 - Non-Collision
3 - Striking
4 - Struck
5 - Striking/Struck
9 - Unknown

**Pre-Crash Actions:** 61 [as written]
99 - Unknown

Motorist
01 - Straight Ahead
02 - Backing
03 - Changing Lanes
04 - Overtaking/Passing
05 - Making Right Turn
06 - Making Left Turn
07 - Making U-Turn
08 - Entering Traffic Lane
09 - Leaving Traffic Lane
10 - Parked
11 - Slowing or Stopped in Traffic
12 - Driverless
13 - Negotiating a Curve
14 - Other Motorist Action

Non-Motorist
15 - Entering or Crossing Specified Location
16 - Walking, Running, Jogging, Playing, Cycling
17 - Working
18 - Pushing Vehicle
19 - Approaching or Leaving Vehicle
20 - Standing
21 - Other Non-Motorist Action

**Contributing Circumstances**

Primary: 01

Secondary:

99 - Unknown

Motorist
01 - None
02 - Failure to Yield
03 - Ran Red Light
04 - Ran Stop Sign
05 - Exceeded Speed Limit
06 - Unsafe Speed
07 - Improper Turn
08 - Left of Center
09 - Followed Too Closely/ACDA
10 - Improper Lane Change /Passing/Off Road
11 - Improper Backing
12 - Improper Start From Parked Position
13 - Stopped or Parked Illegally
14 - Operating Vehicle in Negligent Manner
15 - Swerving to Avoid (Due to External Conditions)
16 - Wrong Side/Wrong Way
17 - Failure to Control
18 - Vision Obstruction
19 - Operating Defective Equipment
20 - Load Shifting/Falling/Spilling
21 - Other Improper Action

Non-Motorist
22 - None
23 - Improper Crossing
24 - Darting
25 - Lying and/or Illegally in Roadway
26 - Failure to Yield Right of Way
27 - Not Visible (Dark Clothing)
28 - Inattentive
29 - Failure to Obey Traffic Signs /Signals/Officer
30 - Wrong Side of the Road
31 - Other Non-Motorist Action

**Vehicle Defects:**
01 - Turn Signals
02 - Head Lamps
03 - Tail Lamps
04 - Brakes
05 - Steering
06 - Tire Blowout
07 - Worn or Slick Tires
08 - Trailer Equipment Defective
09 - Motor Trouble
10 - Disabled From Prior Accident
11 - Other Defects

**Sequence of Events:** 1: 26; 2: ; 3: ; 4: ; 5: ; 6:

First Harmful Event: 1

Most Harmful Event:

99 - Unknown

Non-Collision Events
01 - Overturn/Rollover
02 - Fire/Explosion
03 - Immersion
04 - Jackknife
05 - Cargo/Equipment Loss or Shift
06 - Equipment Failure (Blown Tire, Brake Failure, etc)
07 - Separation of Units
08 - Ran Off Road Right
09 - Ran Off Road Left
10 - Cross Median
11 - Cross Center Line Opposite Direction of Travel
12 - Downhill Runaway
13 - Other Non-Collision

Collision with Person, Vehicle or Object Not Fixed
14 - Pedestrian
15 - Pedalcycle
16 - Railway Vehicle (Train, Engine)
17 - Animal - Farm
18 - Animal - Deer
19 - Animal - Other
20 - Motor Vehicle in Transport
21 - Parked Motor Vehicle
22 - Work Zone Maintenance Equipment
23 - Struck by Falling, Shifting Cargo or Anything Set in Motion by a Motor Vehicle
24 - Other Movable Object

Collision With Fixed Object
25 - Impact Attenuator/Crash Cushion
26 - Bridge Overhead Structure
27 - Bridge Pier or Abutment
28 - Bridge Parapet
29 - Bridge Rail
30 - Guardrail Face
31 - Guardrail End
32 - Portable Barrier
33 - Median Cable Barrier
34 - Median Guardrail Barrier
35 - Median Concrete Barrier
36 - Median Other Barrier
37 - Traffic Sign Post
38 - Overhead Sign Post
39 - Light/Luminaries Support
40 - Utility Pole
41 - Other Post, Pole or Support
42 - Culvert
43 - Curb
44 - Ditch
45 - Embankment
46 - Fence
47 - Mailbox
48 - Tree
49 - Fire Hydrant
50 - Work Zone Maintenance Equipment
51 - Wall, Building, Tunnel
52 - Other Fixed Object

**Unit Speed:** 30 (☑ Stated ☐ Estimated)

**Posted Speed:** 35

**Traffic Control:** 01
01 - No Controls
02 - Stop Sign
03 - Yield Sign
04 - Traffic Signal
05 - Traffic Flashers
06 - School Zone
07 - Railroad Crossbucks
08 - Railroad Flashers
09 - Railroad Gates
10 - Construction Barricade
11 - Person (Flagger, Officer)
12 - Pavement Markings
13 - Crosswalk Lines
14 - Walk/Don't Walk
15 - Other
16 - Not Reported

**Unit Direction:** From 1 To 2
1 - North
2 - South
3 - East
4 - West
5 - Northeast
6 - Northwest
7 - Southeast
8 - Southwest
9 - Unknown

Page ___ of ___

05/01/2018

# UNIT

Local Report Number: 16-0264861

Unit Number: 02

Owner Name: Last, First, Middle ( ☑ Same As Driver)

Owner Phone Number - Inc. Area Code ( ☑ Same As Driver)

Damage Scale: 1 - None; 2 - Minor; 3 - Functional; 4 - Disabling; 9 - Unknown

Damaged Area: Front; 01–10; Rear

Owner Address: City, State, Zip ( ☑ Same As Driver)

LP State | License Plate Number | Vehicle Identification Number | # Occupants

Vehicle Year | Vehicle Make | Vehicle Model | Vehicle Color

☐ Proof of Insurance Shown | Insurance Company | Policy Number | Towed By

Carrier Name, Address, City, State, Zip | Carrier Phone - Include Area Code

US DOT

Vehicle Weight GVWR/GCWR: 1 - Less Than or Equal to 10k Lbs; 2 - 10,001 to 26,000 Lbs; 3 - More Than 26,000 Lbs.

HM Placard ID No.

HM Class Number

☐ Hazardous Material Released

Cargo Body Type: 01 - No Cargo Body Type/Not Applicable; 02 - Bus/Van (9-15 Seats, Inc Driver); 03 - Bus (16+ Seats, Inc Driver); 04 - Vehicle Towing Another Vehicle; 05 - Logging; 06 - Intermodal Container Chassis; 07 - Cargo Van/Enclosed Box; 08 - Grain, Chips, Gravel; 09 - Pole; 10 - Cargo Tank; 11 - Flat Bed; 12 - Dump; 13 - Concrete Mixer; 14 - Auto Transporter; 15 - Garbage/Refuse; 99 - Other/Unknown

Trafficway Description: 4
1 - Two-Way, Not Divided; 2 - Two-Way, Not Divided, Continuous Left Turn Lane; 3 - Two-Way, Divided, Unprotected (Painted or Grass >4 Ft.) Median; 4 - Two-Way, Divided, Positive Median Barrier; 5 - One-Way Trafficway

☑ Hit / Skip Unit

Non-Motorist Location Prior to Impact: 05
01 - Intersection - Marked Crosswalk; 02 - Intersection - No Crosswalk; 03 - Intersection - Other; 04 - Midblock - Marked Crosswalk; 05 - Travel Lane - Other Location; 06 - Bicycle Lane; 07 - Shoulder/Roadside; 08 - Sidewalk; 09 - Median/Crossing Island; 10 - Driveway Access; 11 - Shared-Use Path or Trail; 12 - Non-Trafficway Area; 99 - Other/Unknown

Type of Use: 1 - Personal; 2 - Commercial; 3 - Government; ☐ In Emergency Response

Unit Type: 04
Passenger Vehicles (less than 9 passengers): 01 - Sub-Compact; 02 - Compact; 99 - Unknown or Hit/Skip; 03 - Mid Size; 04 - Full Size; 05 - Minivan; 06 - Sport Utility Vehicle; 07 - Pickup; 08 - Van; 09 - Motorcycle; 10 - Motorized Bicycle; 11 - Snowmobile/ATV; 12 - Other Passenger Vehicle
Med/Heavy Trucks or Combo Units > 10k lbs: 13 - Single Unit Truck or Van 2axle, 6 tires; 14 - Single Unit Truck; 3+ axles; 15 - Single Unit Truck / Trailer; 16 - Truck/Tractor (Bobtail); 17 - Tractor/Semi-Trailer; 18 - Tractor/Double; 19 - Tractor/Triples; 20 - Other Med/Heavy Vehicle
Bus/Van/Limo (9 or More Including Driver): 21 - Bus/Van (9-15 Seats, Inc Driver); 22 - Bus (16+ Seats, Inc Driver)
Non-Motorist: 23 - Animal with Rider; 24 - Animal with Buggy, Wagon, Surrey; 25 - Bicycle/Pedacyclist; 26 - Pedestrian/Skater; 27 - Other Non-Motorist

☐ Has HM Placard

Special Function: 01 - None; 02 - Taxi; 03 - Rental Truck (Over 10k lbs); 04 - Bus - School (Public or Private); 05 - Bus - Transit; 06 - Bus - Charter; 07 - Bus - Shuttle; 08 - Bus - Other; 09 - Ambulance; 10 - Fire; 11 - Highway/Maintenance; 12 - Military; 13 - Police; 14 - Public Utility; 15 - Other Government; 16 - Construction Equip.; 17 - Farm Vehicle; 18 - Farm Equipment; 19 - Motorhome; 20 - Golf Cart; 21 - Train; 22 - Other (Explain in Narrative)

Most Damaged Area: 01 - None; 02 - Center Front; 03 - Right Front; 04 - Right Side; 05 - Right Rear; 06 - Rear Center; 07 - Left Rear; 08 - Left Side; 09 - Left Front; 10 - Top and Windows; 11 - Undercarriage; 12 - Load/Trailer; 13 - Total (All Areas); 14 - Other; 99 - Unknown

Impact Area

Action: 1 - Non-Contact; 2 - Non-Collision; 3 - Striking; 4 - Struck; 5 - Striking/Struck; 9 - Unknown

Pre-Crash Actions
Motorist: 01 - Straight Ahead; 02 - Backing; 03 - Changing Lanes; 04 - Overtaking/Passing; 05 - Making Right Turn; 06 - Making Left Turn; 07 - Making U-Turn; 08 - Entering Traffic Lane; 09 - Leaving Traffic Lane; 10 - Parked; 11 - Slowing or Stopped in Traffic; 12 - Driverless; 13 - Negotiating a Curve; 14 - Other Motorist Action
Non-Motorist: 15 - Entering or Crossing Specified Location; 16 - Walking, Running, Jogging, Playing, Cycling; 17 - Working; 18 - Pushing Vehicle; 19 - Approaching or Leaving Vehicle; 20 - Standing; 21 - Other Non-Motorist Action
99 - Unknown

Contributing Circumstances
Primary / Secondary / 99 - Unknown
Motorist: 01 - None; 02 - Failure to Yield; 03 - Ran Red Light; 04 - Ran Stop Sign; 05 - Exceeded Speed Limit; 06 - Unsafe Speed; 07 - Improper Turn; 08 - Left of Center; 09 - Followed Too Closely/ACDA; 10 - Improper Lane Change /Passing/Off Road; 11 - Improper Backing; 12 - Improper Start From Parked Position; 13 - Stopped or Parked Illegally; 14 - Operating Vehicle in Negligent Manner; 15 - Swerving to Avoid (Due to External Conditions); 16 - Wrong Side/Wrong Way; 17 - Failure to Control; 18 - Vision Obstruction; 19 - Operating Defective Equipment; 20 - Load Shifting/Falling/Spilling; 21 - Other Improper Action
Non-Motorist: 22 - None; 23 - Improper Crossing; 24 - Darting; 25 - Lying and/or Illegally in Roadway; 26 - Failure to Yield Right of Way; 27 - Not Visible (Dark Clothing); 28 - Inattentive; 29 - Failure to Obey Traffic Signs /Signals/Officer; 30 - Wrong Side of the Road; 31 - Other Non-Motorist Action

Vehicle Defects: 01 - Turn Signals; 02 - Head Lamps; 03 - Tail Lamps; 04 - Brakes; 05 - Steering; 06 - Tire Blowout; 07 - Worn or Slick Tires; 08 - Trailer Equipment Defective; 09 - Motor Trouble; 10 - Disabled From Prior Accident; 11 - Other Defects

Sequence of Events: 1 2 3 4 5 6; First Harmful Event; Most Harmful Event; 99 - Unknown

Non-Collision Events: 01 - Overturn/Rollover; 02 - Fire/Explosion; 03 - Immersion; 04 - Jackknife; 05 - Cargo/Equipment Loss or Shift; 06 - Equipment Failure (Blown Tire, Brake Failure, etc); 07 - Separation of Units; 08 - Ran Off Road Right; 09 - Ran Off Road Left; 10 - Cross Median; 11 - Cross Center Line Opposite Direction of Travel; 12 - Downhill Runaway; 13 - Other Non-Collision

Collision with Person, Vehicle or Object Not Fixed: 14 - Pedestrian; 15 - Pedalcycle; 16 - Railway Vehicle (Train, Engine); 17 - Animal - Farm; 18 - Animal - Deer; 19 - Animal - Other; 20 - Motor Vehicle in Transport; 21 - Parked Motor Vehicle; 22 - Work Zone Maintenance Equipment; 23 - Struck by Falling, Shifting Cargo or Anything Set in Motion by a Motor Vehicle; 24 - Other Movable Object

Collision with Fixed Object: 25 - Impact Attenuator/Crash Cushion; 26 - Bridge Overhead Structure; 27 - Bridge Pier or Abutment; 28 - Bridge Parapet; 29 - Bridge Rail; 30 - Guardrail Face; 31 - Guardrail End; 32 - Portable Barrier; 33 - Median Cable Barrier; 34 - Median Guardrail Barrier; 35 - Median Concrete Barrier; 36 - Median Other Barrier; 37 - Traffic Sign Post; 38 - Overhead Sign Post; 39 - Light/Luminaries Support; 40 - Utility Pole; 41 - Other Post, Pole or Support; 42 - Culvert; 43 - Curb; 44 - Ditch; 45 - Embankment; 46 - Fence; 47 - Mailbox; 48 - Tree; 49 - Fire Hydrant; 50 - Work Zone Maintenance Equipment; 51 - Wall, Building, Tunnel; 52 - Other Fixed Object

Unit Speed: ☐ Stated ☐ Estimated

Posted Speed: 35

Traffic Control: 01 - No Controls; 02 - Stop Sign; 03 - Yield Sign; 04 - Traffic Signal; 05 - Traffic Flashers; 06 - School Zone; 07 - Railroad Crossbucks; 08 - Railroad Flashers; 09 - Railroad Gates; 10 - Costruction Barricade; 11 - Person (Flagger, Officer); 12 - Pavement Markings; 13 - Crosswalk Lines; 14 - Walk/Don't Walk; 15 - Other; 16 - Not Reported

Unit Direction: From 9 To 9
1 - North; 2 - South; 3 - East; 4 - West; 5 - Northeast; 6 - Northwest; 7 - Southeast; 8 - Southwest; 9 - Unknown

Page ___ of ___

HSY8304 OH1U 3/14 (760-0820)

05/01/2018

# MOTORIST / NON-MOTORIST / OCCUPANT

OHIO Department of Public Safety

Local Report Number: 1161 0126 1816

**Motorist/Non-Motorist**

Unit Number: 01 | Name: Last, First, Middle: Jones, Ellwood | Date of Birth: 08/17/1964 | Age: 51 | Gender: M (F - Female, M - Male)

Address, City, State, Zip: 716 Olive Ave NE, Warren, OH 44483 | Contact Phone - include area code: (330) 307 3924

Injuries: 1 | Injured Taken By: 1 | EMS Agency | Medical Facility Injured Taken To | Safety Equipment Used: 04 | DOT Compliant Motorcycle Helmet | Seating Position: 01 | Air Bag Usage: 1 | Ejection: 1 | Trapped: 1

OL State: OH | Operator License Number: TC 553875 | OL Class: 4 | No Valid OL | M/C End. | Condition: 1 | Alcohol/Drug Suspected: 1 | Alcohol Test Status: 1 | Alcohol Test Type: 1 | Alcohol Test Value | Drug Test Status: 1 | Drug Test Type: 1

Offense Charged (Local Code) | Offense Description | Citation Number | Hands-Free Device Used | Driver Distracted By

**Motorist/Non-Motorist**

Unit Number: 02 | Name: Last, First, Middle: Unknown | Date of Birth | Age | Gender (F - Female, M - Male)

Address, City, State, Zip | Contact Phone - include area code

Injuries | Injured Taken By | EMS Agency | Medical Facility Injured Taken To | Safety Equipment Used | DOT Compliant Motorcycle Helmet | Seating Position | Air Bag Usage | Ejection | Trapped

OL State | Operator License Number | OL Class | No Valid OL | M/C End. | Condition | Alcohol/Drug Suspected | Alcohol Test Status | Alcohol Test Type | Alcohol Test Value | Drug Test Status | Drug Test Type

Offense Charged (Local Code) | Offense Description | Citation Number | Hands-Free Device Used | Driver Distracted By

**Injuries**
1 - No Injury / None Reported
2 - Possible
3 - Non-Incapacitating
4 - Incapacitating
5 - Fatal

**Injured Taken By**
1 - Not Transported / Treated at Scene
2 - EMS
3 - Police
4 - Other
9 - Unknown

**Safety Equipment Used**
Motorist
01 - None Used - Vehicle Occupant
02 - Shoulder Belt Only Used
03 - Lap Belt Only Used
04 - Shoulder and Lap Belt Used
05 - Child Restraint System-Forward Facing
06 - Child Restraint System-Rear Facing
07 - Booster Seat
08 - Helmet Used
99 - Unknown Safety Equipment

Non-Motorist
09 - None Used
10 - Helmet Used
11 - Protective Pads Used (Elbows, Knees, Etc)
12 - Reflective Clothing
13 - Lighting
14 - Other

**Seating Position**
01 - Front - Left Side (Motorcycle Driver)
02 - Front - Middle
03 - Front - Right Side
04 - Second - Left Side (Motorcycle Passenger)
05 - Second - Middle
06 - Second - Right Side
07 - Third - Left Side (Motorcycle Side Car)
08 - Third - Middle
09 - Third - Right Side
10 - Sleeper Section of Cab (Truck)
11 - Passenger in Other Enclosed Cargo Area (Non-Trailing Unit Such as a Bus, Pick-up with Cap)
12 - Passenger in Unenclosed Cargo Area
13 - Trailing Unit
14 - Riding on Vehicle Exterior (Non-Trailing Unit)
15 - Non-Motorist
16 - Other
99 - Unknown

**Air Bag Usage**
1 - Not Deployed
2 - Deployed Front
3 - Deployed Side
4 - Deployed Both Front/Side
5 - Not Applicable
9 - Deployment Unknown

**Ejection**
1 - Not Ejected
2 - Totally Ejected
3 - Partially Ejected
4 - Not Applicable

**Trapped**
1 - Not Trapped
2 - Extricated by Mechanical Means
3 - Extricated by Non-Mechanical Means

**Operator License Class**
1 - Class A
2 - Class B
3 - Class C
4 - Regular Class (Ohio is "D")
5 - M/C/Moped Only

**Condition**
1 - Apparently Normal
2 - Physical Impairment
3 - Emotional (Depressed, Angry, Disturbed)
4 - Illness
5 - Fell Asleep, Fainted, Fatigued
6 - Under The Influence of Medications, Drugs, Alcohol
7 - Other

**Alcohol/Drug Suspected**
1 - None
2 - Yes - Alcohol Suspected
3 - Yes - HBD Not Impaired
4 - Yes - Drugs Suspected
5 - Yes - Alcohol and Drugs Suspected

**Alcohol Test Status**
1 - None Given
2 - Test Refused
3 - Test Given, Contaminated Sample/Unusable
4 - Test Given, Results Known
5 - Test Given, Results Unknown

**Alcohol Test Type**
1 - None
2 - Blood
3 - Urine
4 - Breath
5 - Other

**Drug Test Status**
1 - None Given
2 - Test Refused
3 - Test Given, Contaminated Sample/Unusable
4 - Test Given, Results Known
5 - Test Given, Results Unknown

**Drug Test Type**
1 - None
2 - Blood
3 - Urine
4 - Other

**Driver Distracted By**
1 - No Distraction Reported
2 - Phone
3 - Texting/E-mailing
4 - Electronic Communication Device
5 - Other Electronic Device (Navigation Device, Radio, DVD)
6 - Other Inside the Vehicle
7 - External Distraction

**Occupant**

Unit Number | Name: Last, First, Middle | Date of Birth | Age | Gender (F - Female, M - Male)

Address, City, State, Zip | Contact Phone - include area code

Injuries | Injured Taken By | EMS Agency | Medical Facility Injured Taken To | Safety Equipment Used | DOT Compliant Motorcycle Helmet | Seating Position | Air Bag Usage | Ejection | Trapped

**Occupant**

Unit Number | Name: Last, First, Middle | Date of Birth | Age | Gender (F - Female, M - Male)

Address, City, State, Zip | Contact Phone - include area code

Injuries | Injured Taken By | EMS Agency | Medical Facility Injured Taken To | Safety Equipment Used | DOT Compliant Motorcycle Helmet | Seating Position | Air Bag Usage | Ejection | Trapped

Page ___ of ___